United States District Court
Southern District of Texas
**ENTERED**
November 14, 2019
David J. Bradley, Clerk

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# CORPUS CHRISTI DIVISION

| | |
|---|---|
| SYLVIA GONZALEZ, § | |
| § | |
| Plaintiff, § | |
| VS. § | CIVIL ACTION NO. 2:19-CV-151 |
| § | |
| ARANSAS PASS HOUSING § | |
| AUTHORITY, § | |
| § | |
| Defendant. § | |

## FINAL JUDGMENT

Pursuant to the Parties' Joint Stipulation of Dismissal (D.E. 18), the Court enters final judgment dismissing this action with prejudice.

ORDERED this 14th day of November, 2019.

_____
NELVA GONZALES RAMOS
UNITED STATES DISTRICT JUDGE